DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA, DEPARTMENT OF REVENUE,**
o/b/o **KARINA JULIANA NORIEGA DE VELI,**
Appellant,

v.

**ZACHARY JASON KANE,**
Appellee.

No. 4D15-1165

[April 27, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Laura M. Watson, Judge; L.T. Case No. FMCE 08-013285 (42/96).

Pamela Jo Bondi, Attorney General, and William H. Branch, Assistant Attorney General, Child Support Enforcement, Tallahassee, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.  See* § 61.30 (11)(c), Fla. Stat. (2014).

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***